AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| VAHID SAMII<br><br>*Plaintiff(s)*<br>v.<br>GOSIMPLEGROUP LLC, ACCREDITED BUSINESS SOLUTIONS INC., and MARK HANNA, Individually<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   18cv3404(JFB)(AKT)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See attached.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Casimir Wolnowski, of counsel
Law Office of Robin E. Gross
73 5th Avenue, Suite 2A
New York, NY 10003

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**DOUGLAS C. PALMER**
*CLERK OF COURT*

Date:   6/12/2018

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

**<u>Defendants' Names and Addresses:</u>**

GOSIMPLEGROUP LLC
(Via Secretary of State)
535 Broadhollow Road, Suite B44
Melville, New York 11747

ACCREDITED BUSINESS SOLUTIONS INC.
(Via Secretary of State)
131 Sunnyside Blvd., Ste. 108
Plainview, New York 11803

MARK HANNA
(Via Place of Business)
131 Sunnyside Blvd., Ste. 108
Plainview, New York 11803