UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X   Index No. 2:18 cv 3404(JFB) (AKT)
VAHID SAMII,

                              Plaintiff,

                      -against-

GOSIMPLEGROUP LLC, ACCREDITED BUSINESS
SOLUTIONS INC., and MARK HANNA, *Individually*,

                              Defendants.
---------------------------------------------------------------------X

## AFFIRMATION OF SERVICE

      I hereby certify that on August 21, 2018, a true copy of the Initial Conference and Case Management Order dated August 16, 2018 (entered at ECF #37) was served via email and first class mail upon the three named defendants via the attorney who accepted substituted service for them—to wit—Mr. Douglas J. Bilotti (of which his information can be found at ECF #8). His mailing address is as follows:

Mr. Douglas J. Bilotti
6 Holly Lane
St. James, NY 11780

Dated: New York, New York
       August 21, 2018

                                                          **LAW OFFICE OF**
                                                          **CASEY J. WOLNOWSKI**

                                                          */s/ CWei*

                                                          _____
                                                          Casimir Wolnowski, Esq.
                                                          *Attorney for Plaintiff*
                                                          73 5th Avenue, Suite 2A
                                                          New York, NY 10003
                                                          Ph: (718) 858-0917
                                                          Fax: (917) 591-2890
                                                          Email: casey@cjwfirm.com