FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 06 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VAHID SAMII,

                Plaintiff,

-against-

GOSIMPLEGROUP LLC, et al.,

                Defendants.
------------------------------------------------------------X

ORDER
18-CV-3404 (JFB) (AKT)

JOSEPH F. BIANCO, District Judge:

    The parties have submitted to the Court for approval a Settlement Agreement, which has been executed by all parties, resolving the instant litigation. (ECF No. 15-1.)

    It is well settled that judicially supervised settlements are an exception to the rule that employees cannot waive claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, for unpaid wages and overtime. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206-07 (2d Cir. 2015). Having carefully reviewed the Settlement Agreement and Release, and for the reasons set forth on the record during today's conference, the Court finds that it is fair and reasonable under all of the circumstances. Accordingly, IT IS HEREBY ORDERED that approval of the Settlement Agreement is granted.

SO ORDERED.

*/s/ Joseph Bianco*
Joseph F. Bianco
United States District Judge

Dated: November 6, 2018
       Central Islip, New York